

FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>RICARDO ANGEL RIVAS,<br><br>             Defendant. | NO.: 2:14-MJ-02015-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1  released under 18 U.S.C. § 3142(b) or (c).  This finding is
2  based on his failure to proffer any evidence to meet his burden
3  on this issue;
4  and
5 B. (X)  The defendant has not met his burden of establishing by
6  clear and convincing evidence that she is not likely to pose a
7  danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c).  This finding is
9  based on his failure to proffer any evidence to meet his burden
10 on this issue.

12 IT THEREFORE IS ORDERED that the defendant be detained pending
13 the further revocation proceedings.

15 DATED: October 9, 2014

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

2